ACCEPTED
05-14-01442-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/28/2015 2:33:52 PM
LISA MATZ
CLERK

**IN THE
COURT OF APPEALS
FIFTH DISTRICT OF TEXAS AT DALLAS**

_____

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/28/2015 2:33:52 PM
LISA MATZ
Clerk

**NO. 05-14-01442-CV**

_____

**CAPITAL ONE, N.A., Appellant**

**v.**

**STANLEY C. HADDOCK, Appellee**

_____

On Appeal from 44th District Court
Dallas County, Texas
Trial Court Cause No. DC-08-13162

_____

**CAPITAL ONE, N.A.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S REPLY BRIEF**

_____

**INTRODUCTION**

1.      Appellant is Capital One, N.A.

2.      Appellee is Stanley C. Haddock.

**ARGUMENT & AUTHORITIES**

3.      The Court may grant Appellant additional time to file its Appellant's Reply Brief under Texas Rule of Appellate Procedure 38.6(d). Appellant's Reply Brief is currently due May 28, 2015. Appellant's counsel was ill part of last week, and was out of town part of the prior week on business. His client contact is out this week. In order to

afford Appellant's counsel adequate time to finish the Reply Brief (and to follow up on a possible Stipulation regarding lost or missing items in record), and to afford Appellant time to review and approve the Reply Brief, Appellant requests a very short extension of time (6 days) to file its Reply Brief. Appellee's counsel does not oppose this request.

4. This is the first request for extension of time that Appellant has requested with respect to the Reply Brief (Appellant and Appellee each requested an additional two weeks for their principal briefs).

5. Appellant's Reply Brief is now due to be filed on May 28, 2015. Appellant requests an additional 6 days to file it, extending the time to Wednesday, June 3, 2015.

6. This motion is timely filed under Texas Rule of Appellate Procedure 38.6. Finally, this motion is not for delay but, rather, that justice be done.

### PRAYER

For these reasons, Appellant asks the Court to grant it an extension of time to file its Appellant's Brief, extending the deadline by 6 days until June 3, 2015, and for all other relief to which it may be justly entitled.

Respectfully submitted,

*/s Brian A. Kilpatrick*
Brian A. Kilpatrick
Texas Bar No. 00784392
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Tel: (214) 953-5933
Fax: (214) 661-6656
Email: bkilpatrick@jw.com

COUNSEL FOR APPELLANT
CAPITAL ONE, N.A.

## CERTIFICATE OF CONFERENCE

On May 28, 2015, I conferred with Appellee's counsel, and he is *unopposed* to the relief requested herein.

*/s Brian A. Kilpatrick*
Brian A. Kilpatrick

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the following counsel of record on this 28th day of May, 2015:

*Via Telecopier (972) 233-4971*
Mr. Stephen A. Khoury
Kelsoe, Anderson, Khoury, & Clark, PC
5220 Spring Valley Road, Suite 500
Dallas, Texas 75254

*/s Brian A. Kilpatrick*
Brian A. Kilpatrick

13501323v.1